HARVEY P. SACKETT (72488)                                **E-filed 10/30/06**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL S. IRVING, ) | Civil No. C06-03884 JF PVT |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, ) Commissioner, ) Social Security Administration, ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, December 4, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1
2
              KEVIN V. RYAN
3             United States Attorney
4
5
6
7   Dated: October 20, 2006         /s/
8                                   SARA WINSLOW
                                    Assistant U.S. Attorney
9
10
11
12
13  Dated: October 20, 2006         /s/
                                    HARVEY P. SACKETT
14                                  Attorney for Plaintiff
                                    CAROL S. IRVING
15
16  IT IS SO ORDERED.
17
18
19  Dated:   10/27/06
                                    _____
20                                  HON. PATRICIA V. TRUMBULL
                                    United States Magistrate Judge
21                                      JEREMY FOGEL
                                        United States District Court
22
23
24
25
26
27
28

2

STIPULATION AND ORDER