HARVEY P. SACKETT (72488)                             **E-filed 12/8/06**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL S. IRVING, ) | Civil No. C06-03884 JF PVT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, January 3, 2007 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| Dated: November 30, 2006 | /s/<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: November 30, 2006 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CAROL S. IRVING |

IT IS SO ORDERED.

Dated:   12/8/06

HON. ~~PATRICIA V. TRUMBULL~~
~~United States Magistrate Judge~~
  JEREMY FOGEL
  United States District Court

2

STIPULATION AND ORDER