**E-Filed 09/30/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAROL S. IRVING,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner,<br>Social Security Administration,<br><br>                Defendant. | Case Number C 06-03884 JF<br><br>JUDGMENT |

      The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED: September 30, 2007

_____
JEREMY FOGEL
United States District Judge

---

     [1] Michael J. Astrue became Commissioner of the Social Security Administration on February 1, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is hereby substituted for Jo Anne B. Barnhart as the defendant in this matter.

1   This Order has been served upon the following persons:

2   Harvey P. Sackett
    1055 Lincoln Ave.
3   Post Office Box 5025
    San Jose, CA   95150-5025
4

5   Scott N. Schools
    United States Attorney
6   450 Golden Gate Ave., Box 36055
    San Francisco, CA   94102
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 06-03884 JF

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S
CROSS-MOTION FOR SUMMARY JUDGMENT _____
(JFLC3)